## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **v.** | |
| **ANTWANNE WHITE** | **NO.  10-420-3** |

## <u>ORDER</u>

**AND NOW**, this 30th day of January, 2025, upon consideration of Defendant White's Motion for Compassionate Release pursuant to 18 U.S.C. §§ 3582(c)(1)(A)(i), (c)(2) (ECF No. 373) and all responses and replies thereto (ECF Nos. 375, 379), **IT IS HEREBY ORDERED** that the Defendant's Motion is **DENIED**.

BY THE COURT:


S/ WENDY BEETLESTONE

_____

**WENDY BEETLESTONE, J.**